**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO.: 7:20-CV-417 |
| | § | |
| 7.167 ACRES OF LAND, MORE OR LESS, | § | |
| SITUATE IN HIDALGO COUNTY, | § | |
| STATE OF TEXAS; AND CATHOLIC | § | |
| DIOCESE OF BROWNSVILLE, ET AL., | § | |
| | § | |
| *Defendants.* | § | |

---

### COMPLAINT IN CONDEMNATION

---

1.      This is a civil action brought by the United States of America at the request of the

Secretary of the Department of Homeland Security, through the Acquisition Program Manager,

Wall Program Management Office, U.S. Border Patrol Program Management Office Directorate,

U.S. Border Patrol, U.S. Customs and Border Protection, Department of Homeland Security, for

the taking of property under the power of eminent domain through a Declaration of Taking, and

for the determination and award of just compensation to the owners and parties in interest.

2.      The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C.§

1358.

3.      The interest in property taken herein is under and in accordance with the authority

set forth in Schedule "A."

4.      The public purpose for which said interest in property is taken is set forth in

Schedule "B."

5.      The legal description and map or plat of land in which certain interests are being

acquired by the filing of this Complaint, pursuant to the Declaration of Taking, are set forth in Schedules "C" and "D."

6.      The interest being acquired in the property described in Schedules "C" and "D" is set forth in Schedule "E."

7.      The amount of just compensation estimated for the property interest being acquired is set forth in Schedule "F."

8.      The names and addresses of known parties having or claiming an interest in said acquired property are set forth in Schedule "G."

9.      Local and state taxing authorities may have or claim an interest in the property by reason of taxes and assessments due and eligible.

WHEREFORE, Plaintiff requests judgment that the interest described in Schedule "E" of the property described in Schedules "C" and "D" be condemned, and that just compensation for the taking of said interest be ascertained and awarded, and for such other relief as may be lawful and proper.

Respectfully submitted,

**RYAN K. PATRICK**
United States Attorney
Southern District of Texas

By:    *s/ John A. Smith, III*
       **JOHN A. SMITH III**
       Assistant United States Attorney
       Attorney-in-Charge
       Southern District of Texas No. 8638
       Texas Bar No. 18627450
       One Shoreline Plaza
       800 North Shoreline Blvd., Suite 500
       Corpus Christi, Texas 78401
       Telephone: (361) 888-3111
       Facsimile: (361) 888-3234
       E-mail: john.a.smith@usdoj.gov

SCHEDULE A

**SCHEDULE A**

AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved February 15, 2019, as Public Law 116-6, div. A, tit. II, Section 230, 133 Stat. 13, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

### PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

**SCHEDULE C**

LEGAL DESCRIPTION

Hidalgo County, Texas

Tract:  RGV-MCS-2217
Owner:  Catholic Diocese of Brownsville
Acres:  7.167

**BEING** a 7.167 acre tract (312,181 square feet) parcel of land, more or less, being out of called 100.900 acre tract, recorded in Document No. 1999-814019, Official Records of Hidalgo County (O.R.H.C.), Texas, conveyed to Catholic Diocese of Brownsville, said 7.167 acre (312,181 square feet) parcel of land being more particularly described as follows;

**BEGINNING** at a found 1/2" rebar designated "RGV-MCS-2213-1=RGV-MCS-2214-1-1=RGV-MCS-2215-1=RGV-MCS-2217-1" having a coordinate value of N=16581793.002, E=1040166.598, said point being the northwest corner of the herein described proposed acquisition tract, said point being the northwest corner of said Catholic Diocese of Brownsville tract and the northeast corner of a called 247.68 acre tract (Tract 326C), recorded in Volume 1510, Page 87, Deed Records of Hidalgo County, (D.R.H.C.), Texas, conveyed to the United States of America (U.S. Fish and Wildlife Service) and the southeast corner of a called 1.142 acre tract (Tract 332B), recorded in Document No. 340160, Official Records of Hidalgo County (O.R.H.C.), Texas, conveyed to United States of America (U.S. Fish and Wildlife Service) and the southwest corner of a called 2.64 acre tract, recorded in Document No. 2011-2224163, Official Records of Hidalgo County (O.R.H.C.), Texas, conveyed to City of Mission, Texas, said point being on the west line of the levee easement (733-H), recorded in Document No. 1942-18238, Official Records of Hidalgo County (O.R.H.C.), Texas, conveyed to the United States of America, said point also being N 31°27'02" W, a distance of 4,763.93 feet from United States Corps of Engineers Control Point No. H122;

**SCHEDULE C (Cont.)**

**THENCE:** N 79°31'58" E, departing the west line of said levee easement (733-H) and along the north line of said Catholic Diocese of Brownsville tract and the south line of said City of Mission, Texas tract, a distance of 86.45 feet to the west line of a tract of land, recorded in Volume 752, Page 342, Deed Records of Hidalgo County (D.R.H.C.), Texas, conveyed to Hidalgo County Water Control and Improvement District No. 19, said point being on the east line of said levee easement (733-H) and the west line of the levee easement (734-H), recorded in Document No. 1944-45877, Official Records of Hidalgo County (O.R.H.C.), Texas, conveyed to the United States of America, designated "RGV-MCS-2202-2-1=RGV-MCS-2217-2" for the northeast corner of the herein described proposed acquisition tract;

**THENCE:** S 15°48'29" E, departing said north line of Catholic Diocese of Brownsville tract and said south line of said City of Mission, Texas tract, and along the west line of said Hidalgo County Water Control and Improvement District No. 19 tract, the east line of said levee easement (733-H), and the west line of said levee easement (734-H), a distance of 229.31 feet to an angle point designated "RGV-MCS-2202-2-25=RGV-MCS-2217-3";

**THENCE:** S 21°02'48" E, along the west line of said Hidalgo County Water Control and Improvement District No. 19 tract, the east line of said levee easement (733-H), and the west line of said levee easement (734-H), a distance of 727.40 feet to an angle point designated "RGV-MCS-2202-2-24=RGV-MCS-2217-4";

**THENCE:** S 22°35'48" E, along the west line of said Hidalgo County Water Control and Improvement District No. 19 tract, the east line of said levee easement (733-H), and the west line of said levee easement (734-H), a distance of 449.20 feet to an angle point designated "RGV-MCS-2202-2-23=RGV-MCS-2217-5";

**THENCE:** S 30°10'48" E, along the west line of said Hidalgo County Water Control and Improvement District No. 19 tract, the east line of said levee easement (733-H), and the west line of said levee easement (734-H), a distance of 610.70 feet to an angle point designated "RGV-MCS-2202-2-22=RGV-MCS-2217-6";

**SCHEDULE C (Cont.)**

**THENCE:** S 29°38'48" E, along the west line of said Hidalgo County Water Control and Improvement District No. 19 tract, the east line of said levee easement (733-H), and the west line of said levee easement (734-H), a distance of 635.80 feet to an angle point designated "RGV-MCS-2202-2-21=RGV-MCS-2217-7";

**THENCE:** S 30°31'48" E, along the west line of said Hidalgo County Water Control and Improvement District No. 19 tract, the east line of said levee easement (733-H), and the west line of said levee easement (734-H), a distance of 318.02 feet to the south line of said Catholic Diocese of Brownsville tract and the north line of a called 68.30 acre tract, recorded in Document No. 1153789, Official Records of Hidalgo County (O.R.H.C.), Texas, conveyed to Hunt Valley Industrial I, L.P. and described in Document No. 1353747, Official Records of Hidalgo County (O.R.H.C.), Texas, for an angle point designated "RGV-MCS-2202-2-20=RGV-MCS-2217-8= RGV-MCS-2219-2", said point being the southeast corner of the herein described proposed acquisition tract;

**THENCE:** S 57°27'31" W, departing the west line of said Hidalgo County Water Control and Improvement District No. 19 tract, the east line of said levee easement (733-H), and the west line of said levee easement (734-H) and along said south line of said Catholic Diocese of Brownsville tract and the north line of said Hunt Valley Industrial I, L.P. tract, a distance of 74.98 feet to a found 1/2" rebar designated "RGV-MCS-2215-1-1=RGV-MCS-2217-9=RGV-MCS-2219-1" for the southwest corner of the herein described proposed acquisition tract, said point being the southwest corner of said Catholic Diocese of Brownsville tract and the northwest corner of said Hunt Valley Industrial I, L.P. tract, and said point being on the east line of said United States of America tract (Tract 326C), and the west line of said levee easement (733-H);

**THENCE:** N 30°29'43" W, along the west line of said Catholic Diocese of Brownsville tract, the east line of said United States of America tract (Tract 326C), and the west line of said levee easement (733-H), a distance of 320.75 feet to a found nail in 3" concrete post designated "RGV-MCS-2215-1-10=RGV-MCS-2217-10" for an angle point;

**THENCE:** N 29°39'55" W, along said west line of Catholic Diocese of Brownsville tract, said east line of United States of America tract (Tract 326C), and the west line of said levee easement (733-H), a distance of 369.03 feet to a

**SCHEDULE C (Cont.)**

found nail in 3" concrete post designated "RGV-MCS-2215-1-9=RGV-MCS-2217-11" for an angle point;

**THENCE:** S 60°19'07" W, along said west line of Catholic Diocese of Brownsville tract, said east line of United States of America tract (Tract 326C), and the west line of said levee easement (733-H), passing at 111.31 feet the northwest corner of proposed acquisition tract RGV-RGC-2215-1, being a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-MCS-2215-1-8, in total a distance of 126.01 feet to a found nail in 3" concrete post designated "RGV-MCS-2217-12" for an angle point;

**THENCE:** N 30°18'39" W, along said west line of Catholic Diocese of Brownsville tract, said east line of United States of America tract (Tract 326C), and the west line of said levee easement (733-H), a distance of 496.72 feet to a found nail in 3" concrete post designated "RGV-MCS-2217-13" for an angle point, said point being on the said west line of Catholic Diocese of Brownsville tract, said east line of United States of America tract (Tract 326C), and the west line of said levee easement (733-H);

**THENCE:** N 58°23'53" E, along said west line of Catholic Diocese of Brownsville tract, said east line of United States of America tract (Tract 326C), and the west line of said levee easement (733-H), passing at 13.98 feet a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-MCS-2215-6, in total a distance of 124.91 feet to a found 1/2" rebar designated "RGV-MCS-2215-5=RGV-MCS-2217-14" for an angle point;

**THENCE:** N 31°21'57" W, along said west line of Catholic Diocese of Brownsville tract, said east line of United States of America tract (Tract 326C), and the west line of said levee easement (733-H), a distance of 399.92 feet to a found 1/2" rebar designated "RGV-MCS-2215-4=RGV-MCS-2217-15" for an angle point;

**THENCE:** N 22°32'24" W, along said west line of Catholic Diocese of Brownsville tract, said east line of United States of America tract (Tract 326C), and the west line of said levee easement (733-H), a distance of 456.88 feet to a found nail in 3" concrete post designated "RGV-MCS-2215-3=RGV-MCS-2217-16" for an angle point;

### SCHEDULE C (Cont.)

**THENCE:** N 21°01'49" W, along said west line of Catholic Diocese of Brownsville tract, said east line of United States of America tract (Tract 326C), and the west line of said levee easement (733-H), a distance of 734.09 feet to a found nail in 3" concrete post designated "RGV-MCS-2215-2=RGV-MCS-2217-17" for an angle point;

**THENCE:** N 14°21'53" W, along said west line of Catholic Diocese of Brownsville tract, said east line of United States of America tract (Tract 326C), and the west line of said levee easement (733-H), a distance of 222.67 feet to the **POINT OF BEGINNING** and containing 7.003 acres (305,055 square feet) of land, more or less.

**SCHEDULE C (Cont.)**



Case 7:20-cv-00417   Document 1-1   Filed on 12/17/20 in TXSD   Page 12 of 23

**SCHEDULE C (Cont.)**



## SCHEDULE C (Cont.)

| DESCRIPTION | NORTHING | EASTING |
|---|---|---|
| RGV—MCS—2213—1=RGV—MCS—2214—1—1= RGV—MCS—2215—1=RGV—MCS—2217—1 | 16581793.002 | 1040166.598 |
| RGV—MCS—2202—2—1=RGV—MCS—2217—2 | 16581808.708 | 1040251.611 |
| RGV—MCS—2202—2—25=RGV—MCS—2217—3 | 16581588.073 | 1040314.078 |
| RGV—MCS—2202—2—24=RGV—MCS—2217—4 | 16580909.200 | 1040575.308 |
| RGV—MCS—2202—2—23=RGV—MCS—2217—5 | 16580494.484 | 1040747.910 |
| RGV—MCS—2202—2—22=RGV—MCS—2217—6 | 16579966.564 | 1041054.921 |
| RGV—MCS—2202—2—21=RGV—MCS—2217—7 | 16579413.996 | 1041369.420 |
| RGV—MCS—2202—2—20=RGV—MCS—2217—8 | 16579140.065 | 1041530.972 |
| RGV—MCS—2215—1—1=RGV—MCS—2217—9= RGV=MCS—2219—1 | 16579099.732 | 1041467.763 |
| RGV—MCS—2215—1—10=RGV—MCS—2217—10 | 16579376.114 | 1041304.993 |
| RGV—MCS—2215—1—9=RGV—MCS—2217—11 | 16579696.771 | 1041122.349 |
| RGV—MCS—2217—12 | 16579634.374 | 1041012.872 |
| RGV—MCS—2217—13 | 16580063.189 | 1040762.182 |
| RGV—MCS—2215—5=RGV—MCS—2217—14 | 16580128.646 | 1040868.573 |
| RGV—MCS—2215—4=RGV—MCS—2217—15 | 16580470.124 | 1040660.412 |
| RGV—MCS—2215—3=RGV—MCS—2217—16 | 16580892.103 | 1040485.277 |
| RGV—MCS—2215—2=RGV—MCS—2217—17 | 16581577.299 | 1040221.840 |

GENERAL SURVEYOR'S NOTES:
1. THE BEARINGS, DISTANCES AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD 83(2011), TX SOUTH ZONE(4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPERATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY WAS COMPLETED IN NOVEMBER, 2018.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. B&F ENGINEERING, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS THE PRIME CONSULTANT. THE CORP'S CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886—1143.
8. LONE STAR 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON OCTOBER 9, 2018 (TICKET NO. 1877865798).

| | METES & BOUNDS SURVEY CATHOLIC DIOCESE OF BROWNSVILLE TRACT No. RGV-MCS-2217 | | | | |
|---|---|---|---|---|---|
| Drawing Ref. No. SHEET 10 OF 11 | | Mark Description / Date / Appr | | |    |
| | HIDALGO COUNTY    TEXAS | CONTRACT NO.: W9127S-14-D-0013    T.O.: W9127S18F0111 | | | |

B&F PROJ. 7-2698-0916    FILE NAME: RGV-MCS-2217    DATE: 8/23/19

## SCHEDULE C (Cont.)



Tract: RGV-MCS-2217
Owner: Catholic Diocese of Brownsville
Acreage: 7.167

# SCHEDULE D

## **SCHEDULE D**

## MAP or PLAT

### LAND TO BE CONDEMNED



## **SCHEDULE D (Cont.)**



# SCHEDULE E

**SCHEDULE E**

ESTATE TAKEN

Hidalgo County, Texas

Tract:  RGV-MCS-2217
Owner:  Catholic Diocese of Brownsville
Acres:  7.167


The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation, and maintenance of the border barrier.

# SCHEDULE F

**<u>SCHEDULE F</u>**

<u>ESTIMATE OF JUST COMPENSATION</u>

The sum estimated as just compensation for the land being taken is THIRTY THOUSAND NINETY NINE DOLLARS AND NO/100 ($30,099.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

SCHEDULE G

**SCHEDULE G**

INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Catholic Diocese of Brownsville c/o The Most Revered Daniel E. Flores, Bishop**<br><br>Brownsville, Texas ███ | **RGV-MCS-2217**<br>Special Warranty Deed, Document #1999-814019; Recorded October 1, 1999, Deed Records of Hidalgo County |
| **Pablo Villarreal, Jr.**<br>2802 South Closner Boulevard<br>Edinburg, Texas 78539 | **Hidalgo County Tax Assessor – Collector** |

JS 44   (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a)  PLAINTIFFS | DEFENDANTS |
|---|---|
| United States of America | 7.167 ACRES OF LAND, MORE OR LESS, SITUATE IN HIDALGO COUNTY, STATE OF TEXAS; AND CATHOLIC DIOCESE OF BROWNSVILLE, ET AL. |

| **(b)**   County of Residence of First Listed Plaintiff | County of Residence of First Listed Defendant     HIDALGO |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)* |
| | NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |

| **(c)**   Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)* |
|---|---|
| John A. Smith, III, Assistant U.S. Attorney, SDTX, 1701 W. Bus. Highway 83, Suite 600, McAllen, TX  78501 | |

## II.  BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1   U.S. Government
         Plaintiff

☐ 2   U.S. Government
         Defendant

☐ 3   Federal Question
         *(U.S. Government Not a Party)*

☐ 4   Diversity
         *(Indicate Citizenship of Parties in Item III)*

## III.  CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                          *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV.  NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☒ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V.  ORIGIN *(Place an "X" in One Box Only)*

☒ 1   Original
         Proceeding

☐ 2   Removed from
         State Court

☐ 3   Remanded from
         Appellate Court

☐ 4   Reinstated or
         Reopened

☐ 5   Transferred from
         Another District
         *(specify)*

☐ 6   Multidistrict
         Litigation -
         Transfer

☐ 8   Multidistrict
         Litigation -
         Direct File

## VI.  CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
40 U.S.C. 3113 and 3114
Brief description of cause:
Land condemnation proceeding for fee simple interest to construct, install, operate, and maintain border security

## VII.  REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION**
      UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:       ☐ Yes       ☒ No

## VIII.  RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE

DOCKET NUMBER

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| 12/17/2020 | s/John A. Smith, III |

**FOR OFFICE USE ONLY**

RECEIPT #              AMOUNT              APPLYING IFP              JUDGE              MAG. JUDGE